# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | Amy J. St. Eve |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2980 | **DATE** | 3/10/2009 |
| **CASE TITLE** | WILLIE FLOOD vs. KEVIN CAREY | | |

**DOCKET ENTRY TEXT**

Status hearing held on 3/10/2009 and continued to 5/5/2009 at 9:15 AM before Judge Moran. Plaintiff's oral motion to dismiss other unknown or unnamed individuals or corporations without prejudice is granted. Defendants "Other unknown or unnamed individuals or corporations" are termed. Discovery is Stayed as to defendant Kevin Carey. Written discovery to be issued by 4/24/2009. Fact discovery cutoff is 6/30/2009.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LG |
|---|---|---|